CONSTANTINE GRYBOWSKI, ADMINISTRATRIX, RESPONDENT, v. ERIE RAILROAD COMPANY, APPELLANT.

Submitted March 27, 1916—Decided June 19, 1916.

On appeal from the Supreme Court, whose opinion is reported in 88 *N. J. L.* 1.

For the respondent, *Frank M. Hardenbrook.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ.    12.

*For reversal*—None.